IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR422 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | TENTATIVE FINDINGS |
| | ) | |
| JUSTEN C. MENESES, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received the Revised Presentence Investigation Report and Addendum ("PSR"), and the Defendant's objections (Filing No. 25). The government has not objected to the PSR. The Defendant's ECF filing does not specify his objections, but rather refers the court to the objections listed in the addendum to the PSR. A restitution hearing has been requested. *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1.  The Defendant's Objections to the Presentence Investigation Report (Filing No. 25) will be heard at the sentencing hearing;

2.  The Court intends to adopt the PSR in all other respects;

3.  If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary

hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

    4.    Absent submission of the information required by paragraph 3 of this Order, these amended tentative findings are final;

    5.    If necessary, a restitution hearing will be held during the sentencing hearing. If the parties anticipate the sentencing hearing will take longer than 30 minutes, the parties are ordered to contact, Marian Frahm, the courtroom deputy (402) 661-7337; and

    6.    Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 3rd day of June, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge